UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DELTA COATINGS, INC.                CIVIL ACTION

VERSUS                              NO. 06-6387

INSURANCE UNDERWRITERS,             SECTION "R"(5)
LTD., ET AL.

**ORDER**

Before the Court is defendants' unopposed motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure as to plaintiff's claims against Insurance Underwriters, Ltd. and Chris Paulin. (R. Doc. 17). Plaintiff sued Fireman's Fund Insurance Company, its commercial property insurer, and Insurance Underwriters and Paulin, its insurance agents, after plaintiff suffered damage as a result of Hurricane Katrina. On January 29, 2007, this Court denied plaintiff's motion to remand, finding that plaintiff's claims against Insurance Underwriters and Paulin for failure to procure adequate insurance coverage were perempted by the terms of La. Rev. Stat. § 9:5606. *See Delta Coatings, Inc., et al. v. Insurance Underwriters, Ltd., et al.*, 2007 WL 274789 (E.D. La. Jan. 29, 2007). In reaching its result, the

Court concluded that plaintiff could not establish a cause of action under Louisiana law against Insurance Underwriters and Paulin.  Because plaintiff is unable to prevail as a matter of law, dismissal is appropriate as to plaintiff's claims against Insurance Underwriters and Paulin.  Thus, the Court GRANTS defendants' motion.

New Orleans, Louisiana, this 13th day of March, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE